IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY A. GUMMO, | Civil Action No. 3:23-cv-00237 |
| Plaintiff, | |
| v. | Judge Kim R. Gibson |
| BLAISE ALEXANDER ALTOONA, INC., | |
| Defendant. | JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL**

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this case, with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted:

/s/ Nikki Velisaris Lykos
Nikki Velisaris Lykos
PA I.D. No. 204813
Ramage Lykos, LLC
525 William Penn Place
28th Floor
Pittsburgh, PA 15219
(412) 325-7702
nlykos@ramagelykos.law

Attorneys for Plaintiff

/s/ Jill N. Weikert
Jill N. Weikert
PA I.D. No. 208055
Compass Legal Group
2205 Forest Hills Drive
Suite 10
Harrisburg, PA 17112
(717) 836-7397
jweikert@compasslegal.net

Attorneys for Defendant

AND NOW, this 11th day of June, 2024.
IT IS SO ORDERED. Kim R. Gibson
_____
UNITED STATES DISTRICT JUDGE